UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LEADENHALL CAPITAL PARTNERS LLP : 
and LEADENHALL LIFE INSURANCE
LINKED INVESTMENTS FUND PLC, :     24 Civ. 3453 (JGK)

                        Plaintiffs, :     **NOTICE OF APPEAL**

         v. :

JOSH WANDER, STEVEN PASKO, :
KENNETH KING, 777 PARTNERS LLC,
600 PARTNERS LLC, SPLCSS III LLC, SIGNAL :
SML 4 LLC, INSURETY AGENCY SERVICES
LLC, DORCHESTER RECEIVABLES II LLC, :
SUTTONPARK CAPITAL LLC, SIGNAL
MEDICAL RECEIVABLES LLC, INSURETY :
CAPITAL LLC, SUTTONPARK SERVICING LLC,
SIGNAL SERVICING LLC, INSURETY :
SERVICING LLC, and ADVANTAGE CAPITAL
HOLDINGS LLC, :

                      Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Notice is hereby given that defendants, 777 Partners LLC, 600 Partners LLC, SPLCSS III

LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, and Signal SML 4 LLC,

in the above-named case, hereby appeal to the United States Court of Appeals for the Second

Circuit from the District Court's July 8, 2024, Order (ECF No. 146), which entered a preliminary

injunction against them.

Dated:  New York, New York
       October 22, 2024

                                 SMITH, GAMBRELL & RUSSELL, LLP

                                 By: _____
                                    John G. McCarthy
                               *Attorneys for the 777 Entity Defendants*
                               1301 Avenue of the Americas, 21st Floor

*Of counsel*                           New York, New York 10019
   David A. Pellegrino                 Tel: (212) 907-9700
   Katie L. Schwartz                 jmccarthy@sgrlaw.com
   Ryan J. Solfaro

APPEAL,CASREF,ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24–cv–03453–JGK

Leadenhall Capital Partners LLP et al v. Wander et al
Assigned to: Judge John G. Koeltl
Referred to: Magistrate Judge Barbara C. Moses (Settlement)
 Related Case:  1:24–cv–07913–JGK
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 05/03/2024
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt
Organization
Jurisdiction: Federal Question

**Plaintiff**

**Leadenhall Capital Partners LLP**　　　　represented by **Brian Kevin Donovan**
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212–556–2162
Fax: 212–556–2222
Email: bdonovan@kslaw.com
*ATTORNEY TO BE NOTICED*

**Craig Carpenito**
King & Spalding
1185 Avenue of the Americas
New York, NY 10036
212–556–2142
Fax: 212–556–2222
Email: ccarpenito@kslaw.com
*ATTORNEY TO BE NOTICED*

**Michael Sheehan Taintor**
King & Spalding LLP
NY
1185 Avenue of the Americas
Ste 34th Floor
New York, NY 10036
212–556–2295
Email: mtaintor@kslaw.com
*ATTORNEY TO BE NOTICED*

**Roger G. Schwartz**
Paul Hastings LLP
NY
200 Park Avenue
New York, NY 10166
212–318–6000
Email: rogerschwartz@paulhastings.com
*TERMINATED: 06/07/2024*

**Leigh Mager Nathanson**
King & Spalding LLP
1185 Avenue of the Americase
New York, NY 10036
212–790–5359
Fax: 212–556–2222
Email: lnathanson@kslaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leadenhall Life Insurance Linked**　　represented by **Brian Kevin Donovan**
**Investments Fund PLC**　　　　　　　　　(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Carpenito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Sheehan Taintor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger G. Schwartz**
(See above for address)
*TERMINATED: 06/07/2024*

**Leigh Mager Nathanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**National Founders LP**             represented by   **Jonathan Warren Muenz**
Sidley Austin LLP (NY)
787 Seventh Avenue
New York, NY 10019
(212)–839–5901
Fax: (212) 839–5599
Email: jmuenz@sidley.com
*ATTORNEY TO BE NOTICED*

**Nicholas Primer Crowell**
Sidley Austin LLP (NY)
787 Seventh Avenue
New York, NY 10019
(212)–839–5449
Fax: (212)–839–5599
Email: ncrowell@sidley.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Josh Wander**                      represented by   **John Gerard McCarthy , Sr**
Smith, Gambrell & Russell, LLP (NYC)
1301 Avenue of the Americas, 21st Floor
New York, NY 10019
(212) 907–9700
Fax: (212)907–9800
Email: jmccarthy@sgrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Lancaster Estes**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
212–715–9132
Email: jestes@kramerlevin.com
*ATTORNEY TO BE NOTICED*

**Marjorie E. Sheldon**
Kramer, Levin , Naftalis & Frankel, LLP
1177 Avenue of the Americas

New York, NY 10036
212–715–9502
Fax: 212–715–9503
Email: MSheldon@kramerlevin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven Pasko**                              represented by    **Christopher Blake Harwood**
Morvillo Abramowitz Grand Iason &
Anello PC
565 Fifth Avenue
New York, NY 10017
212–856–9547
Email: charwood@maglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Gerard McCarthy , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jenna Jones**
Morvillo Abramowitz Grand Iason &
Anello PC
565 5th Ave
New York, NY 10017
212–880–9548
Fax: 212–856–9494
Email: jjones@maglaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth King**                              represented by    **Jonathan Michael Watkins**
Cadwalader, Wickersham & Taft LLP
650 South Tryon Street
Charlotte, NC 28202
704–348–5100
Email: jonathan.watkins@cwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Andrew Singer**
Cadwalader, Wickersham & Taft LLP
(Liberty St.)
200 Liberty Street
New York, NY 10281
212–504–6167
Email: mark.singer@cwt.com
*ATTORNEY TO BE NOTICED*

**Matthew Moler Karlan**
Cadwalader, Wickersham & Taft LLP
(Liberty St.)
200 Liberty Street
New York, NY 10281
(212)–504–6000
Fax: (212)–504–6666
Email: matthew.karlan@cwt.com
*ATTORNEY TO BE NOTICED*

**Michael Edward Petrella**
Cadwalader, Wickersham & Taft LLP
200 Liberty Street

Ste 20–136
New York, NY 10281
212–504–6000
Email: michael.petrella@cwt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**777 Partners LLC**　　　　　　represented by　**David Allan Pellegrino**
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas
Ste Fl 21
New York, NY 10019
212–907–9700
Fax: 212–907–9800
Email: dpellegrino@sgrlaw.com
*ATTORNEY TO BE NOTICED*

**John Gerard McCarthy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Joseph Solfaro**
Smith, Gambrell and Russell, LLP
1301 Avenue of the Americas
Ste 21st Floor
New York, NY 10019
212–907–9700
Email: rsolfaro@sgrlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**600 Partners LLC**　　　　　　represented by　**David Allan Pellegrino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Gerard McCarthy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Joseph Solfaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Splcss III LLC**　　　　　　represented by　**David Allan Pellegrino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Gerard McCarthy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Joseph Solfaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Signal SML 4 LLC**　　　　　　represented by　**David Allan Pellegrino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Gerard McCarthy , Sr**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Joseph Solfaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Insurety Agency Services LLC**          represented by   **David Allan Pellegrino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Gerard McCarthy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Joseph Solfaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dorchester Receivables II LLC**          represented by   **David Allan Pellegrino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Gerard McCarthy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Joseph Solfaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SuttonPark Capital LLC**          represented by   **David Allan Pellegrino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Gerard McCarthy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Joseph Solfaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Signal Medical Receivables LLC**          represented by   **David Allan Pellegrino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Gerard McCarthy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Joseph Solfaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Insurety Capital LLP**          represented by   **David Allan Pellegrino**
(See above for address)

*ATTORNEY TO BE NOTICED*

**John Gerard McCarthy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Joseph Solfaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SuttonPark Servicing LLC**                    represented by    **David Allan Pellegrino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Gerard McCarthy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Joseph Solfaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Signal Servicing LLC**                    represented by    **David Allan Pellegrino**
*TERMINATED: 09/03/2024*                                         (See above for address)
*ATTORNEY TO BE NOTICED*

**John Gerard McCarthy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Joseph Solfaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Insurety Servicing LLC**                    represented by    **David Allan Pellegrino**
*TERMINATED: 09/03/2024*                                         (See above for address)
*ATTORNEY TO BE NOTICED*

**John Gerard McCarthy , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Joseph Solfaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Advantage Capital Holdings LLC**                    represented by    **Jonathan Michael Watkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Andrew Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Moler Karlan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Edward Petrella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**ING Capital LLC**                    represented by    **Stephan Edward Hornung**
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
212−309−6285
Email: stephan.hornung@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Robert Alderson**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
(212)−408−2433
Fax: (212)−326−2061
Email: jason.alderson@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Matthew C. R. Ziegler**
Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103
215−963−5000
Fax: 215−963−5001
Email: matthew.ziegler@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Haymarket Insurance Company**        represented by    **Jonathan Michael Watkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Andrew Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Moler Karlan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Edward Petrella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**ACM Delegate LLC**                   represented by    **Jonathan Michael Watkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Andrew Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Moler Karlan**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Michael Edward Petrella**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2024 | 1 | COMPLAINT against 600 Partners LLC, 777 Partners LLC, Advantage Capital Holdings LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Kenneth King, Steven Pasko, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, Josh Wander. (Filing Fee $ 405.00, Receipt Number ANYSDC–29311774)Document filed by Leadenhall Life Insurance Linked Investments Fund PLC, Leadenhall Capital Partners LLP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Errata 9).(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 2 | **FILING ERROR – PDF ERROR –** CIVIL COVER SHEET filed..(Nathanson, Leigh) Modified on 5/6/2024 (vf). (Entered: 05/03/2024) |
| 05/03/2024 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Mitsui Sumitomo Insurance Company, Limited, Other Affiliate MS&AD Insurance Group Holdings, Inc. for Leadenhall Capital Partners LLP. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Josh Wander, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Steven Pasko, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to Kenneth King, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to 777 Partners LLC, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to 600 Partners LLC, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Splcss III LLC, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Signal SML 4 LLC, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 11 | REQUEST FOR ISSUANCE OF SUMMONS as to Insurety Agency Services LLC, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 12 | REQUEST FOR ISSUANCE OF SUMMONS as to Dorchester Receivables II LLC, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |

| 05/03/2024 | 13 | REQUEST FOR ISSUANCE OF SUMMONS as to SuttonPark Capital LLC, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
|---|---|---|
| 05/03/2024 | 14 | REQUEST FOR ISSUANCE OF SUMMONS as to Signal Medical Receivables LLC, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 15 | REQUEST FOR ISSUANCE OF SUMMONS as to Insurety Capital LLC, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 16 | REQUEST FOR ISSUANCE OF SUMMONS as to SuttonPark Servicing LLC, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 17 | REQUEST FOR ISSUANCE OF SUMMONS as to Signal Servicing LLC, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/03/2024 | 18 | REQUEST FOR ISSUANCE OF SUMMONS as to Insurety Serving LLC, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/03/2024) |
| 05/04/2024 | 19 | REQUEST FOR ISSUANCE OF SUMMONS as to Advantage Capital Holdings LLC, re: 1 Complaint,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/04/2024) |
| 05/06/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Leigh Mager Nathanson to RE−FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): Nature of Suit Error. Place an [X] in one box only; Basis of Jurisdiction Section, Place an [X] in one box only; Courthouse Assignment Section not provided; Form is not signed. Re−file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 20 | CIVIL COVER SHEET filed..(Nathanson, Leigh) (Entered: 05/06/2024) |
| 05/06/2024 | | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Leigh Mager Nathanson. The following case opening statistical information was erroneously selected/entered: Jurisdiction code 4 (Diversity); Cause of Action code 28:1332ri Diversity−Racketeering (RICO) Act; Nature of Suit code 370 (Other Fraud); County code Albany. The following correction(s) have been made to your case entry: the Jurisdiction code has been modified to 3 (Federal Question); the Cause of Action code has been modified to 18:1962 Racketeering (RICO) Act; the Nature of Suit code has been modified to 470 (Racketeer/Corrupt Organization); the County code has been modified to XX Out of U.S.. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge John G. Koeltl. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(vf) (Entered: 05/06/2024) |
| 05/06/2024 | | Magistrate Judge Barbara C. Moses is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (vf) (Entered: 05/06/2024) |

| 05/06/2024 | | Case Designated ECF. (vf) (Entered: 05/06/2024) |
|---|---|---|
| 05/06/2024 | 21 | ELECTRONIC SUMMONS ISSUED as to Josh Wander. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 22 | ELECTRONIC SUMMONS ISSUED as to Steven Pasko. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 23 | ELECTRONIC SUMMONS ISSUED as to Kenneth King. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 24 | ELECTRONIC SUMMONS ISSUED as to 777 Partners LLC. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 25 | ELECTRONIC SUMMONS ISSUED as to 600 Partners LLC. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 26 | ELECTRONIC SUMMONS ISSUED as to Splcss III LLC. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 27 | ELECTRONIC SUMMONS ISSUED as to Signal SML 4 LLC. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 28 | ELECTRONIC SUMMONS ISSUED as to Insurety Agency Services LLC. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 29 | ELECTRONIC SUMMONS ISSUED as to Dorchester Receivables II LLC. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 30 | ELECTRONIC SUMMONS ISSUED as to SuttonPark Capital LLC. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 31 | ELECTRONIC SUMMONS ISSUED as to Signal Medical Receivables LLC. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 32 | ELECTRONIC SUMMONS ISSUED as to Insurety Capital LLP. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 33 | ELECTRONIC SUMMONS ISSUED as to SuttonPark Servicing LLC. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 34 | ELECTRONIC SUMMONS ISSUED as to Signal Servicing LLC. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 35 | ELECTRONIC SUMMONS ISSUED as to Insurety Servicing LLC. (vf) (Entered: 05/06/2024) |
| 05/06/2024 | 36 | ELECTRONIC SUMMONS ISSUED as to Advantage Capital Holdings LLC. (vf) (Entered: 05/06/2024) |
| 05/08/2024 | 37 | NOTICE OF APPEARANCE by Craig Carpenito on behalf of Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Carpenito, Craig) (Entered: 05/08/2024) |
| 05/08/2024 | 38 | NOTICE OF APPEARANCE by Brian Kevin Donovan on behalf of Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Donovan, Brian) (Entered: 05/08/2024) |
| 05/08/2024 | 39 | NOTICE OF APPEARANCE by Roger G. Schwartz on behalf of Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Schwartz, Roger) (Entered: 05/08/2024) |
| 05/08/2024 | 40 | NOTICE OF APPEARANCE by Jonathan Michael Watkins on behalf of Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 05/08/2024) |
| 05/08/2024 | 41 | NOTICE OF APPEARANCE by Mark Andrew Singer on behalf of Advantage Capital Holdings LLC, Kenneth King..(Singer, Mark) (Entered: 05/08/2024) |
| 05/10/2024 | 42 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Josh Wander served on 5/7/2024, answer due 5/28/2024. Service was accepted by Artide Neptune/Security. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/10/2024 | 43 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Insurety Agency Services LLC served on 5/7/2024, answer due 5/28/2024. Service was accepted by Brock |

| | | |
|---|---|---|
| | | Lilley/Corporate Counsel. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/10/2024 | 44 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Dorchester Receivables II LLC served on 5/7/2024, answer due 5/28/2024. Service was accepted by Lynanne Gares. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/10/2024 | 45 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Insurety Servicing LLC served on 5/7/2024, answer due 5/28/2024. Service was accepted by Lynanne Gares. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/10/2024 | 46 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Signal Servicing LLC served on 5/7/2024, answer due 5/28/2024. Service was accepted by Lynanne Gares. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/10/2024 | 47 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Splcss III LLC served on 5/7/2024, answer due 5/28/2024. Service was accepted by Lynanne Gares. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/10/2024 | 48 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. SuttonPark Servicing LLC served on 5/7/2024, answer due 5/28/2024. Service was accepted by Lynanne Gares. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/10/2024 | 49 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. 777 Partners LLC served on 5/7/2024, answer due 5/28/2024. Service was accepted by Lynanne Gares. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/10/2024 | 50 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Advantage Capital Holdings LLC served on 5/7/2024, answer due 5/28/2024. Service was accepted by Lynanne Gares. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/10/2024 | 51 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. 600 Partners LLC served on 5/7/2024, answer due 5/28/2024. Service was accepted by Lynanne Gares. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/10/2024 | 52 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. SuttonPark Capital LLC served on 5/7/2024, answer due 5/28/2024. Service was accepted by Lynanne Gares. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/10/2024 | 53 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Signal SML 4 LLC served on 5/7/2024, answer due 5/28/2024. Service was accepted by Lynanne Gares. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/10/2024 | 54 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Signal Medical Receivables LLC served on 5/7/2024, answer due 5/28/2024. Service was accepted by Lynanne Gares. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/10/2024 | 55 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Insurety Capital LLP served on 5/7/2024, answer due 5/28/2024. Service was accepted by Lynanne Gares. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/10/2024) |
| 05/13/2024 | 56 | PROPOSED TEMPORARY RESTRAINING ORDER. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) **Proposed Order to be reviewed by Clerk's Office staff.** |

| | | (Entered: 05/13/2024) |
|---|---|---|
| 05/13/2024 | 57 | MEMORANDUM OF LAW in Support re: 56 Proposed Temporary Restraining Order, . Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/13/2024) |
| 05/13/2024 | 58 | DECLARATION of Craig Gillespie in Support re: 56 Proposed Temporary Restraining Order,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11).(Nathanson, Leigh) (Entered: 05/13/2024) |
| 05/13/2024 | 59 | DECLARATION of Phil Kane in Support re: 56 Proposed Temporary Restraining Order,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/13/2024) |
| 05/13/2024 | 60 | DECLARATION of Luca Albertini in Support re: 56 Proposed Temporary Restraining Order,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/13/2024) |
| 05/13/2024 | 61 | DECLARATION of Leigh M. Nathanson in Support re: 56 Proposed Temporary Restraining Order,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P).(Nathanson, Leigh) (Entered: 05/13/2024) |
| 05/13/2024 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED TEMPORARY RESTRAINING ORDER. Document No. 56 Proposed Temporary Restraining Order, was reviewed and approved as to form. (nd)** (Entered: 05/13/2024) |
| 05/13/2024 | | Minute Entry for proceedings held before Judge John G. Koeltl: Show Cause Hearing set for 5/14/2024 at 11:00 AM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. (Fletcher, Donnie) (Entered: 05/13/2024) |
| 05/13/2024 | 62 | LETTER MOTION to Adjourn Conference / Show Cause Hearing addressed to Judge John G. Koeltl from Jonathan M. Watkins dated May 13, 2024. Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 05/13/2024) |
| 05/13/2024 | 63 | ORDER granting in part and denying in part 62 Letter Motion to Adjourn Conference. The hearing is adjourned until 4:30 P.M. on May 14, 2024. So Ordered. (Signed by Judge John G. Koeltl on 5/13/2024) Show Cause Hearing set for 5/14/2024 at 04:30 PM before Judge John G. Koeltl. (ks) (Entered: 05/13/2024) |
| 05/14/2024 | 64 | NOTICE OF APPEARANCE by Jonathan Warren Muenz on behalf of National Founders LP..(Muenz, Jonathan) (Entered: 05/14/2024) |
| 05/14/2024 | 65 | NOTICE OF APPEARANCE by Nicholas Primer Crowell on behalf of National Founders LP..(Crowell, Nicholas) (Entered: 05/14/2024) |
| 05/14/2024 | 66 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate National Bank of Canada, Other Affiliate Credigy Solutions Inc., Other Affiliate Credigy Acquisition Corp. for National Founders LP. Document filed by National Founders LP..(Crowell, Nicholas) (Entered: 05/14/2024) |
| 05/14/2024 | 67 | MOTION to Intervene . Document filed by National Founders LP..(Crowell, Nicholas) (Entered: 05/14/2024) |
| 05/14/2024 | 68 | MEMORANDUM OF LAW in Support re: 67 MOTION to Intervene . . Document filed by National Founders LP..(Crowell, Nicholas) (Entered: 05/14/2024) |
| 05/14/2024 | 69 | NOTICE OF APPEARANCE by John Gerard McCarthy, Sr on behalf of 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC..(McCarthy, John) (Entered: 05/14/2024) |

| | | |
|---|---|---|
| 05/14/2024 | 70 | NOTICE OF APPEARANCE by David Allan Pellegrino on behalf of 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC..(Pellegrino, David) (Entered: 05/14/2024) |
| 05/14/2024 | 71 | ORDER: The parties are directed to submit a letter updating the Court as to the status of the case by May 17, 2024, at 10:00 a.m. (Signed by Judge John G. Koeltl on 5/14/2024) (ate) (Entered: 05/14/2024) |
| 05/14/2024 | | Minute Entry for proceedings held before Judge John G. Koeltl: Show Cause Hearing held on 5/14/2024. (Fletcher, Donnie) (Entered: 05/16/2024) |
| 05/15/2024 | 72 | NOTICE OF APPEARANCE by Michael Edward Petrella on behalf of Advantage Capital Holdings LLC, Kenneth King..(Petrella, Michael) (Entered: 05/15/2024) |
| 05/17/2024 | 73 | STATUS REPORT. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/17/2024) |
| 05/17/2024 | 74 | LETTER addressed to Judge John G. Koeltl from John G. McCarthy dated May 17, 2024 re: Response to Plaintiffs' "Status Report". Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC. (Attachments: # 1 Exhibit Letter to Plaintiffs).(McCarthy, John) (Entered: 05/17/2024) |
| 05/17/2024 | 75 | RESPONSE re: 73 Status Report . Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 05/17/2024) |
| 05/17/2024 | 76 | CERTIFICATE OF SERVICE of Summons and Complaint,,. Kenneth King served on 5/7/2024, answer due 5/28/2024. Service was accepted by Jonathan M. Wilkins/Counsel. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/17/2024) |
| 05/17/2024 | 77 | CERTIFICATE OF SERVICE of Summons and Complaint,,. Steven Pasko served on 5/9/2024, answer due 5/30/2024. Service was accepted by Mollie Wander/Counsel. Document filed by Leadenhall Life Insurance Linked Investments Fund PLC; Leadenhall Capital Partners LLP..(Nathanson, Leigh) (Entered: 05/17/2024) |
| 05/17/2024 | 78 | ORDER: The response to the application for a temporary restraining order is due May 24, 2024. The reply is due May 30, 2024. The Court will hear the parties on June 3, 2024, at 2:30 p.m. in Courtroom 14A, 500 Pearl Street, New York, New York 10007. SO ORDERED. ( Responses due by 5/24/2024, Replies due by 5/30/2024., Status Conference set for 6/3/2024 at 02:30 PM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl.) (Signed by Judge John G. Koeltl on 5/17/2024) (tg) (Entered: 05/20/2024) |
| 05/22/2024 | 79 | TRANSCRIPT of Proceedings re: hearing held on 5/14/2024 before Judge John G. Koeltl. Court Reporter/Transcriber: Devon Gerber, (212) 805−0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/12/2024. Redacted Transcript Deadline set for 6/24/2024. Release of Transcript Restriction set for 8/20/2024..(McGuirk, Kelly) (Entered: 05/22/2024) |
| 05/22/2024 | 80 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 5/14/2024 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 05/22/2024) |
| 05/24/2024 | 81 | OPPOSITION BRIEF re: 56 Proposed Temporary Restraining Order, . Document filed by National Founders LP..(Crowell, Nicholas) (Entered: 05/24/2024) |

| | | |
|---|---|---|
| 05/24/2024 | 82 | DECLARATION of Jason S. Williams in Opposition re: 56 Proposed Temporary Restraining Order,. Document filed by National Founders LP..(Crowell, Nicholas) (Entered: 05/24/2024) |
| 05/24/2024 | 83 | LETTER MOTION to Seal addressed to Judge John G. Koeltl from John G. McCarthy dated May 24, 2024. Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC..(McCarthy, John) (Entered: 05/24/2024) |
| 05/24/2024 | 84 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Atlantic Coast Life Insurance Company, Other Affiliate Sentinel Security Life Insurance Company, Other Affiliate Advantage Capital Partners LLC, Other Affiliate Haymarket Holdings I LLC, Other Affiliate Haymarket Insurance Company, Other Affiliate Advantage West LLC, Other Affiliate Advantage South LLC, Other Affiliate Advantage Capital Management LLC, Other Affiliate A–CAP LLC, Other Affiliate A–CAP Management Services LLC, Other Affiliate A–CAP Services LLC, Other Affiliate Royal Cap LLC, Other Affiliate PACA–K LLC, Other Affiliate PACA–HUD LLC, Other Affiliate PACA–SPP II for Advantage Capital Holdings LLC. Document filed by Advantage Capital Holdings LLC..(Watkins, Jonathan) (Entered: 05/24/2024) |
| 05/24/2024 | 85 | LETTER MOTION to Seal addressed to Judge John G. Koeltl from Jonathan M. Watkins dated May 24, 2024. Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 05/24/2024) |
| 05/24/2024 | 86 | ***SELECTED PARTIES*** OPPOSITION BRIEF re: 56 Proposed Temporary Restraining Order, . Document filed by Dorchester Receivables II LLC, 600 Partners LLC, Insurety Servicing LLC, Signal Servicing LLC, Signal Medical Receivables LLC, 777 Partners LLC, Signal SML 4 LLC, SuttonPark Capital LLC, Insurety Capital LLP, SuttonPark Servicing LLC, Splcss III LLC, Insurety Agency Services LLC, Advantage Capital Holdings LLC, Kenneth King, Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC, National Founders LP, Steven Pasko, Josh Wander. (Attachments: # 1 Affidavit Dec. of John G. McCarthy, # 2 Exhibit A to Dec. of McCarthy, # 3 Affidavit Dec. of Ian Ratner, # 4 Exhibit A to Dec. of Ratner, # 5 Exhibit B to Dec. of Ratner, # 6 Exhibit C to Dec. of Ratner, # 7 Exhibit D to Dec. of Ratner, # 8 Exhibit E to Dec. of Ratner, # 9 Affidavit Dec. of James Howard, # 10 Exhibit A to Dec. of Howard, # 11 Affidavit Dec. of Mark Shapiro, # 12 Exhibit A to Dec. of Shapiro, # 13 Affidavit Dec. of Christopher O'Reilly)Motion or Order to File Under Seal: 83 .(McCarthy, John) (Entered: 05/24/2024) |
| 05/24/2024 | 87 | ***SELECTED PARTIES***DECLARATION of Michael Saliba in Opposition re: 85 LETTER MOTION to Seal addressed to Judge John G. Koeltl from Jonathan M. Watkins dated May 24, 2024.. Document filed by Advantage Capital Holdings LLC, Kenneth King, 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC, National Founders LP, Steven Pasko, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, Josh Wander. Motion or Order to File Under Seal: 85 .(Watkins, Jonathan) (Entered: 05/24/2024) |
| 05/24/2024 | 88 | DECLARATION of Michael Saliba in Opposition re: 85 LETTER MOTION to Seal addressed to Judge John G. Koeltl from Jonathan M. Watkins dated May 24, 2024.. Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 05/24/2024) |
| 05/24/2024 | 89 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 85 LETTER MOTION to Seal addressed to Judge John G. Koeltl from Jonathan M. Watkins dated May 24, 2024. . Document filed by Advantage Capital Holdings LLC, Kenneth King, 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC, National Founders LP, Steven Pasko, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, Josh Wander. Motion or Order to File Under Seal: 85 |

| | | .(Watkins, Jonathan) (Entered: 05/24/2024) |
|---|---|---|
| 05/24/2024 | 90 | MEMORANDUM OF LAW in Opposition re: 85 LETTER MOTION to Seal addressed to Judge John G. Koeltl from Jonathan M. Watkins dated May 24, 2024. . Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 05/24/2024) |
| 05/27/2024 | 91 | ORDER granting 85 Letter Motion to Seal. Application granted. SO ORDERED. (Signed by Judge John G. Koeltl on 5/27/2024) (rro) (Entered: 05/28/2024) |
| 05/27/2024 | 92 | ORDER granting 83 Letter Motion to Seal. Application granted. SO ORDERED. (Signed by Judge John G. Koeltl on 5/27/2024) (rro) (Entered: 05/28/2024) |
| 05/28/2024 | 93 | LETTER MOTION for Extension of Time to File Answer *or Otherwise Respond to Complaint for All Defendants* addressed to Judge John G. Koeltl from John G. McCarthy dated May 28, 2024. Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Steven Pasko, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, Josh Wander. (Attachments: # 1 Exhibit Stipulation).(McCarthy, John) (Entered: 05/28/2024) |
| 05/29/2024 | | Minute Entry for proceedings held before Judge John G. Koeltl: Status Conference set for 6/3/2024 adjourned to 6/7/2024 at 12:00 PM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. (Fletcher, Donnie) (Entered: 05/29/2024) |
| 05/29/2024 | 94 | ORDER The hearing scheduled for June 3, 2024, at 2:30 p.m. is adjourned to June 7, 2024, at 12:00 p.m. SO ORDERED. (Signed by Judge John G. Koeltl on 5/29/2024) (jca) (Entered: 05/29/2024) |
| 05/29/2024 | 95 | STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISERESPOND TO COMPLAINT: Defendants other than Josh Wander and Steven Pasko shall have through and including June 3, 2024 to answer or file pre−motion letters related to motions to dismiss the complaint. SO ORDERED. 600 Partners LLC answer due 6/3/2024; 777 Partners LLC answer due 6/3/2024; Advantage Capital Holdings LLC answer due 6/3/2024; Dorchester Receivables II LLC answer due 6/3/2024; Insurety Agency Services LLC answer due 6/3/2024; Insurety Capital LLP answer due 6/3/2024; Insurety Servicing LLC answer due 6/3/2024; Kenneth King answer due 6/3/2024; Signal Medical Receivables LLC answer due 6/3/2024; Signal SML 4 LLC answer due 6/3/2024; Signal Servicing LLC answer due 6/3/2024; Splcss III LLC answer due 6/3/2024; SuttonPark Capital LLC answer due 6/3/2024; SuttonPark Servicing LLC answer due 6/3/2024., Motions terminated: 93 LETTER MOTION for Extension of Time to File Answer *or Otherwise Respond to Complaint for All Defendants* addressed to Judge John G. Koeltl from John G. McCarthy dated May 28, 2024. filed by 777 Partners LLC, 600 Partners LLC, Signal SML 4 LLC, Dorchester Receivables II LLC, SuttonPark Capital LLC, Signal Servicing LLC, Steven Pasko, Insurety Capital LLP, Josh Wander, Insurety Servicing LLC, SuttonPark Servicing LLC, Signal Medical Receivables LLC, Splcss III LLC, Insurety Agency Services LLC. (Signed by Judge John G. Koeltl on 5/29/2024) (tro) (Entered: 05/29/2024) |
| 05/29/2024 | 96 | LETTER MOTION for Leave to File Excess Pages *for Reply Brief* addressed to Judge John G. Koeltl from Leigh M. Nathanson dated May 29, 2024. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/29/2024) |
| 05/30/2024 | 97 | ORDER granting 96 Letter Motion for Leave to File Excess Pages. Application granted. SO ORDERED. (Signed by Judge John G. Koeltl on 5/30/2024) (ks) (Entered: 05/30/2024) |
| 05/30/2024 | 98 | LETTER MOTION to Seal addressed to Judge John G. Koeltl from Leigh M. Nathanson dated May 30, 2024. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/30/2024) |

| 05/30/2024 | 99 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 56 Proposed Temporary Restraining Order, . Document filed by Leadenhall Life Insurance Linked Investments Fund PLC, Leadenhall Capital Partners LLP, 600 Partners LLC, 777 Partners LLC, Advantage Capital Holdings LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Kenneth King, Steven Pasko, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, Josh Wander. Motion or Order to File Under Seal: 98 .(Nathanson, Leigh) (Entered: 05/30/2024) |
| 05/30/2024 | 100 | REPLY MEMORANDUM OF LAW in Support re: 56 Proposed Temporary Restraining Order, . Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 05/30/2024) |
| 05/30/2024 | 101 | DECLARATION of Leigh M. Nathanson re: 56 Proposed Temporary Restraining Order, . Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Nathanson, Leigh) (Entered: 05/30/2024) |
| 05/31/2024 | 102 | ORDER granting 98 Letter Motion to Seal. Application granted. SO ORDERED. (Signed by Judge John G. Koeltl on 5/31/2024) (tg) (Entered: 05/31/2024) |
| 06/03/2024 | 103 | LETTER addressed to Judge John G. Koeltl from John G. McCarthy dated June 3, 2024 re: Messrs. Wander and Pasko's Request for Additional Time to Respond to the Complaint. Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC..(McCarthy, John) (Entered: 06/03/2024) |
| 06/03/2024 | 104 | LETTER addressed to Judge John G. Koeltl from John G. McCarthy dated June 3, 2024 re: Request for a Pre–Motion Conference for the 777 Entity Defendants' Motion to Dismiss. Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC..(McCarthy, John) (Entered: 06/03/2024) |
| 06/03/2024 | 105 | LETTER MOTION for Conference *regarding anticipated Motion to Dismiss* addressed to Judge John G. Koeltl from Jonathan M. Watkins dated June 3, 2024. Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 06/03/2024) |
| 06/04/2024 | 106 | MEMO ENDORSEMENT on re: 103 Letter, filed by 777 Partners LLC, 600 Partners LLC, Signal SML 4 LLC, Dorchester Receivables II LLC, SuttonPark Capital LLC, Signal Servicing LLC, Insurety Capital LLP, Insurety Servicing LLC, SuttonPark Servicing LLC, Signal Medical Receivables LLC, Splcss III LLC, Insurety Agency Services LLC, ENDORSEMENT: The time for defendants Wander and Pasko to respond to the complaint is extended to June 17, 2024. SO ORDERED (Signed by Judge John G. Koeltl on 6/4/2024) Steven Pasko answer due 6/17/2024; Jos h Wander answer due 6/17/2024. (ks) (Entered: 06/04/2024) |
| 06/05/2024 | 107 | ORDER granting 105 Letter Motion for Conference re: 105 LETTER MOTION for Conference *regarding anticipated Motion to Dismiss* addressed to Judge John G. Koeltl from Jonathan M. Watkins dated June 3, 2024. The parties are directed to appear for a telephone pre–motion conference regarding the pending motion to dismiss on June 14, 2024 at 4:30 p.m. Dial–in:888–363–4749, with access code 8140049. SO ORDERED. (Signed by Judge John G. Koeltl on 6/5/2024) Telephone Conference set for 6/14/2024 at 04:30 PM before Judge John G. Koeltl. (ks) (Entered: 06/05/2024) |
| 06/06/2024 | 108 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent ING Financial Holdings Corporation, Other Affiliate ING Bank N.V., Other Affiliate ING Groep N.V. for ING Capital LLC. Document filed by ING Capital LLC..(Hornung, Stephan) (Entered: 06/06/2024) |

| 06/06/2024 | 109 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU – (SEE DOCUMENT#110)** – NOTICE of Motion to Intervene. Document filed by ING Capital LLC..(Hornung, Stephan) Modified on 6/6/2024 (lb). (Entered: 06/06/2024) |
|---|---|---|
| 06/06/2024 | 110 | MOTION to Intervene . Document filed by ING Capital LLC..(Hornung, Stephan) (Entered: 06/06/2024) |
| 06/06/2024 | 111 | MEMORANDUM OF LAW in Support re: 110 MOTION to Intervene . . Document filed by ING Capital LLC. (Attachments: # 1 Exhibit Memorandum of Law in Limited Opposition to Plaintiffs Application for (1) Temporary Restraining Order, and (2) an Order to Show Cause for a Receiver, or Alternatively, a Preliminary Injunction, # 2 Exhibit Declaration of Jonathan Banks).(Hornung, Stephan) (Entered: 06/06/2024) |
| 06/06/2024 | 112 | MOTION for Roger G. Schwartz to Withdraw as Attorney . Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 06/06/2024) |
| 06/06/2024 | 113 | NOTICE OF APPEARANCE by Matthew C. R. Ziegler on behalf of ING Capital LLC..(Ziegler, Matthew) (Entered: 06/06/2024) |
| 06/07/2024 | | Minute Entry for proceedings held before Judge John G. Koeltl: Show Cause Hearing held on 6/7/2024. (Fletcher, Donnie) (Entered: 06/07/2024) |
| 06/07/2024 | 114 | ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER: ORDERED, that Defendants 777 Partners LLC ("777 Partners"), 600 Partners LLC ("600 Partners"), SPLCSS III LLC (the "SuttonPark Borrower"), Dorchester Receivables II LLC (the "Dorchester Borrower"), Signal SML 4 LLC (the "Signal Borrower"), Insurety Agency Services LLC (the "Insurety Borrower," and together with the other above–referenced Defendants, the "Borrowers and Guarantors") show cause before this Court why an Order shall not be entered: (1) Appointing a receiver pursuant to Rule 66 of the Federal Rules of Civil Procedure with the power to: (A) take possession, custody, and control of any assets pledged as collateral by the Borrowers to Leadenhall under the Loan and Security Agreement dated May 7, 2021; (B) to the extent the value of the assets pledged as collateral to Leadenhall by the Borrowers is less than the outstanding debt which Leadenhall accelerated on March 15, 2024 ($609,529,966.82 or the "Accelerated Debt"), take possession, custody, and control of any cash or cash equivalents owned by the Borrowers and Guarantors sufficient to cover the full amount of the Accelerated Debt, as further set forth herein. (2) In the alternative to appointing a receiver pursuant to paragraph (1), issuing a preliminary injunction pursuant to Rule 64 or 65 of the Federal Rules of Civil Procedure which, other than in the normal and ordinary course of business, (A) prohibits selling, transferring, converting, pledging, or encumbering the assets pledged as collateral by the Borrowers to Leadenhall under the Loan and Security Agreement dated May 7, 2021, as further set forth herein. (E) requires the Borrowers and Guarantors to provide notice to Leadenhall ING and National Founders of any attempt by any Defendant to foreclose on, repossess, or exercise remedial actions against the assets of the Borrowers and Guarantors and/or prevent any Defendant from foreclosing on, repossessing, or exercising remedial actions against the assets of the Borrowers and Guarantors; as further set forth. The plaintiffs shall post a bond in the amount of $1 million by June 12, 2024 at 3:00p.m. This order will be posted on ECF and the plaintiffs should serve all defendants by 5:00p.m. on June 7, 2024 by email or overnight delivery addressed to the Defendants or their counsel within one business day and such service is good and sufficient. Show Cause Hearing set for 6/21/2024 at 09:00 AM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. (Signed by Judge John G. Koeltl on 6/7/2024) (mml) Transmission to Finance Unit (Cashiers) for processing. (Entered: 06/07/2024) |
| 06/07/2024 | 115 | MEMO ENDORSEMENT granting 112 Motion to Withdraw as Attorney. ENDORSEMENT: APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 6/7/2024) Attorney Roger G. Schwartz terminated (ks) (Entered: 06/07/2024) |
| 06/10/2024 | 116 | JOINT LETTER addressed to Judge John G. Koeltl from David A. Pellegrino dated June 10, 2024 re: Evidentiary Hearing for Preliminary Injunction and Appropriate Discovery. Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal |

| | | |
|---|---|---|
| | | Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Pellegrino, David) (Entered: 06/10/2024) |
| 06/11/2024 | 117 | LETTER addressed to Judge John G. Koeltl from Jonathan M. Watkins dated June 11, 2024 re: Two points in the Joint Letter, Doc. No. 116. Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 06/11/2024) |
| 06/12/2024 | 118 | **FILING ERROR – CORPORATE PARENT/OTHER AFFILIATE NOT ADDED** – RULE 7.1 CORPORATE DISCLOSURE STATEMENT.. Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC..(Pellegrino, David) Modified on 6/12/2024 (lb). (Entered: 06/12/2024) |
| 06/12/2024 | 119 | SURETY BOND, BOND #612419689 in the amount of $1,000,000.00 posted by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC.(km) (Entered: 06/12/2024) |
| 06/12/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Notice to Attorney David Allan Pellegrino to RE–FILE Document No. 118 Rule 7.1 Corporate Disclosure Statement,. The filing is deficient for the following reason(s): the corporate parent/other affiliate was not added;. Re–file the document using the event type Rule 7.1 Corporate Disclosure Statement found under the event list Other Documents – select the correct filer/filers – attach the correct signed PDF – when prompted with the message "Are there any corporate parents or other affiliates?", select the Yes or No radio button – If Yes – enter the corporate parent/other affiliate, click the Search button – select the correct corporate parent/other affiliate name from the search results list or if no person found, create a new corporate parent/other affiliate – select the party to whom the corporate parent/other affiliate should be linked – add corporate parent/other affiliate names one at a time. (lb)** (Entered: 06/12/2024) |
| 06/14/2024 | 120 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate 347 Green Leasing Cayman Limited, Other Affiliate 347 Green Leasing Limited (347 GLL), Other Affiliate 42 Bruton Ltd., Other Affiliate 777 Asset Management Ltd., Other Affiliate 777 Cal Real Estate Inc., Other Affiliate 777 Oz HoldCo Pay Ltd, Other Affiliate 777 Partners UK Limited, Other Affiliate 777 Re. Ltd., Other Affiliate ABB Technologies Limited, Other Affiliate Adrift Productions UK Limited, Other Affiliate AEROCRS Ltd, Other Affiliate AHF Great Lakes, Inc., Other Affiliate Air Black Box Co LTD (UK), Other Affiliate 777 FC Gloval Limited, Other Affiliate 777 FC Global USA Corp, Other Affiliate 777 FC Global UK Ltd., Other Affiliate Professional Leagues Company Pty Ltd., Other Affiliate... for 600 Partners LLC, 777 Partners LLC. Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC..(Pellegrino, David) (Entered: 06/14/2024) |
| 06/14/2024 | 121 | NOTICE OF APPEARANCE by Christopher Blake Harwood on behalf of Steven Pasko..(Harwood, Christopher) (Entered: 06/14/2024) |
| 06/14/2024 | 122 | NOTICE OF APPEARANCE by Jenna Jones on behalf of Steven Pasko..(Jones, Jenna) (Entered: 06/14/2024) |
| 06/14/2024 | 123 | NOTICE OF APPEARANCE by Matthew Moler Karlan on behalf of Advantage Capital Holdings LLC, Kenneth King..(Karlan, Matthew) (Entered: 06/14/2024) |
| 06/14/2024 | 124 | ORDER As discussed at the telephone conference held earlier today, the parties are directed to provide an update to the Court by June 18, 2024. SO ORDERED. (Signed by Judge John G. Koeltl on 6/14/2024) (jca) (Entered: 06/14/2024) |
| 06/14/2024 | 125 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Barbara C. Moses. SO ORDERED (Signed by Judge John G. Koeltl on 6/14/2024) (ks) (Entered: 06/14/2024) |

| 06/14/2024 | 126 | ORDER: The time for all defendants to respond to the complaint is August 2, 2024. If in response the plaintiffs wish to file an amended complaint, the time to file that amended complaint is August 23, 2024. If the defendants file any motions to dismiss and there is no amended complaint, the time to respond to the current complaint is September 20, 2024. The time to reply is October 11, 2024. SO ORDERED. ( Amended Pleadings due by 8/23/2024., Replies due by 10/11/2024.) (Signed by Judge John G. Koeltl on 6/14/2024) (tg) (Entered: 06/14/2024) |
|---|---|---|
| 06/18/2024 | 127 | JOINT LETTER addressed to Judge John G. Koeltl from Leigh M. Nathanson dated June 18, 2024 re: Status of the Temporary Restraining Order. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 06/18/2024) |
| 06/18/2024 | 128 | TRANSCRIPT of Proceedings re: CONFERNECE held on 6/7/2024 before Judge John G. Koeltl. Court Reporter/Transcriber: Paula Horovitz, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/9/2024. Redacted Transcript Deadline set for 7/19/2024. Release of Transcript Restriction set for 9/16/2024..(McGuirk, Kelly) (Entered: 06/18/2024) |
| 06/18/2024 | 129 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 6/7/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/18/2024) |
| 06/18/2024 | 134 | MEMO ENDORSEMENT on re: 127 Letter, filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC ENDORSEMENT: For good cause shown and with the consent of the parties, the temporary restraining order entered on June 7, 2024 is extended to July 5, 2024. So Ordered. (Signed by Judge John G. Koeltl on 6/18/2024) (ks) (Entered: 06/20/2024) |
| 06/20/2024 | 130 | NOTICE OF APPEARANCE by Jordan Lancaster Estes on behalf of Josh Wander..(Estes, Jordan) (Entered: 06/20/2024) |
| 06/20/2024 | 131 | NOTICE OF APPEARANCE by Marjorie E. Sheldon on behalf of Josh Wander..(Sheldon, Marjorie) (Entered: 06/20/2024) |
| 06/20/2024 | 132 | TRANSCRIPT of Proceedings re: MOTION held on 6/14/2024 before Judge John G. Koeltl. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/11/2024. Redacted Transcript Deadline set for 7/22/2024. Release of Transcript Restriction set for 9/18/2024..(McGuirk, Kelly) (Entered: 06/20/2024) |
| 06/20/2024 | 133 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTION proceeding held on 6/14/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/20/2024) |
| 06/20/2024 | 135 | ORDER: The temporary restraining order in this case is extended to July 8, 2024, at 4:30 p.m. The extension is required because July 5, 2024, is a court holiday. July 8, 2024 is the first business day thereafter. If the parties disagree, they should notify the Court immediately. SO ORDERED. (Signed by Judge John G. Koeltl on 6/20/2024) (ks) (Entered: 06/20/2024) |
| 06/20/2024 | | Minute Entry for proceedings held before Judge John G. Koeltl: Show Cause Hearing set for 6/21/2024 adjourned to 7/8/2024 at 04:30 PM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. (Fletcher, Donnie) (Entered: 06/20/2024) |

| | | |
|---|---|---|
| 06/21/2024 | 136 | ORDER SCHEDULING SETTLEMENT CONFERENCE: Settlement Conference set for 7/10/2024 at 02:15 PM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Barbara C. Moses. (Signed by Magistrate Judge Barbara C. Moses on 6/21/2024) (rro) (Entered: 06/21/2024) |
| 07/03/2024 | 137 | JOINT LETTER MOTION for Conference addressed to Magistrate Judge Barbara C. Moses from ING Capital LLC and National Founders LP dated July 3, 2024. Document filed by ING Capital LLC..(Hornung, Stephan) (Entered: 07/03/2024) |
| 07/07/2024 | 138 | LETTER addressed to Judge John G. Koeltl from John G. McCarthy dated July 7, 2024 re: ECF. No. 135:. Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC. (Attachments: # 1 Exhibit Proposed Order, # 2 Exhibit Redline).(McCarthy, John) (Entered: 07/07/2024) |
| 07/08/2024 | 139 | MOTION to Intervene . Document filed by Haymarket Insurance Company, ACM Delegate LLC..(Watkins, Jonathan) (Entered: 07/08/2024) |
| 07/08/2024 | 140 | MEMORANDUM OF LAW in Support re: 139 MOTION to Intervene . . Document filed by ACM Delegate LLC, Haymarket Insurance Company..(Watkins, Jonathan) (Entered: 07/08/2024) |
| 07/08/2024 | 141 | DECLARATION of Jonathan Watkins in Support re: 139 MOTION to Intervene .. Document filed by ACM Delegate LLC, Haymarket Insurance Company. (Attachments: # 1 Exhibit A – March 3, 2020 Financing Statements and Amendments, # 2 Exhibit B – November, 27, 2023 Financing Statements, # 3 Exhibit C – Florida and Delaware Financing Statements, # 4 Exhibit D – July 12, 2022 Financing Statements).(Watkins, Jonathan) (Entered: 07/08/2024) |
| 07/08/2024 | 142 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Haymarket Holdings, LLC for Haymarket Insurance Company; Other Affiliate Advantage Capital Holdings LLC for ACM Delegate LLC. Document filed by ACM Delegate LLC, Haymarket Insurance Company..(Watkins, Jonathan) (Entered: 07/08/2024) |
| 07/08/2024 | 143 | NOTICE OF APPEARANCE by Matthew Moler Karlan on behalf of ACM Delegate LLC, Haymarket Insurance Company..(Karlan, Matthew) (Entered: 07/08/2024) |
| 07/08/2024 | 144 | NOTICE OF APPEARANCE by Michael Edward Petrella on behalf of ACM Delegate LLC, Haymarket Insurance Company..(Petrella, Michael) (Entered: 07/08/2024) |
| 07/08/2024 | 145 | NOTICE OF APPEARANCE by Mark Andrew Singer on behalf of ACM Delegate LLC, Haymarket Insurance Company..(Singer, Mark) (Entered: 07/08/2024) |
| 07/08/2024 | | Minute Entry for proceedings held before Judge John G. Koeltl: Show Cause Hearing held on 7/8/2024. (Fletcher, Donnie) (Entered: 07/08/2024) |
| 07/08/2024 | 146 | ORDER: Upon the Complaint by Plaintiffs Leadenhall Capital Partners LLP and Leadenhall Life Insurance Linked Investments Fund PLC (together, "Leadenhall"); the accompanying declarations of Craig Gillespie, Phil Kane, Luca Albertini, and Leigh M. Nathanson; and the Memorandum of Law in Support of Plaintiffs' Application for a (i) Temporary Restraining Order, and (ii) a Receivership or, Alternatively, a Preliminary Injunction, it is ordered, that Defendants 777 Partners LLC, 600 Partners LLC, SPLCSS III LLC, Dorchester Receivables II LLC, Signal SML 4 LLC, and Insurety Agency Services LLC (together, the "Borrowers and Guarantors") are hereby subject to the following preliminary injunction: Pursuant to Federal Rule of Civil Procedure 65, and based on the findings of fact and conclusions of law stated on the record on June 7, 2024, ECF No. 128, the Court finds that the Temporary Restraining Order previously entered, ECF No. 114, should be issued as a preliminary injunction. The Court enters a preliminary injunction that, other than in the normal and ordinary course of business: (A) prohibits selling, transferring, converting, pledging, or encumbering the assets pledged as collateral by the Borrowers to Leadenhall under the Loan and Security Agreement dated May 7, 2021; (B) to the extent the value of the assets pledged as collateral by the Borrowers to Leadenhall is less than the full amount of the Accelerated Debt, prohibits the expenditure or dissipation of any cash or cash equivalents owned by the Borrowers and Guarantors sufficient to cover the full |

| | | |
|---|---|---|
| | | amount of the Accelerated Debt; AS FURTHER SET FORTH IN THIS ORDER. SO ORDERED. (Signed by Judge John G. Koeltl on 7/8/2024) (vfr) (Entered: 07/08/2024) |
| 07/09/2024 | 147 | ORDER granting 137 Letter Motion for Conference re: 137 JOINT LETTER MOTION for Conference addressed to Magistrate Judge Barbara C. Moses from ING Capital LLC and National Founders LP dated July 3, 2024. No other party having objected to the intervenors' motion, the application is GRANTED. SO ORDERED.. (Signed by Magistrate Judge Barbara C. Moses on 7/9/2024) (ks) (Entered: 07/09/2024) |
| 07/10/2024 | | Minute Entry for proceedings held before Magistrate Judge Barbara Moses: Settlement Conference held on 7/10/2024. (tk) (Entered: 07/10/2024) |
| 07/29/2024 | 148 | TRANSCRIPT of Proceedings re: HEARING held on 7/8/2024 before Judge John G. Koeltl. Court Reporter/Transcriber: Devon Gerber, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/19/2024. Redacted Transcript Deadline set for 8/29/2024. Release of Transcript Restriction set for 10/28/2024..(McGuirk, Kelly) (Entered: 07/29/2024) |
| 07/29/2024 | 149 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 7/8/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/29/2024) |
| 07/30/2024 | 150 | LETTER MOTION for Extension of Time addressed to Judge John G. Koeltl from Christopher B. Harwood dated July 30, 2024. Document filed by Steven Pasko. (Attachments: # 1 Exhibit 1 – Proposed Order).(Harwood, Christopher) (Entered: 07/30/2024) |
| 07/31/2024 | 151 | ORDER granting 150 Letter Motion for Extension of Tim. APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 7/31/2024) (ks) (Entered: 07/31/2024) |
| 07/31/2024 | | Set/Reset Deadlines: Steven Pasko answer due 8/9/2024. Amended Pleadings due by 8/30/2024. Responses due by 9/27/2024 Replies due by 10/18/2024. (ks) (Entered: 07/31/2024) |
| 07/31/2024 | 152 | PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by Advantage Capital Holdings LLC, Kenneth King. Related Document Number: 146 ..(Watkins, Jonathan) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 07/31/2024) |
| 07/31/2024 | 153 | DECLARATION of Michael Saliba in Support re: 152 Proposed Order to Show Cause Without Emergency Relief,. Document filed by Advantage Capital Holdings LLC, Kenneth King. (Attachments: # 1 Exhibit A – Oct. 10, 2023 Email Re Collateral Shortfall Amounts, # 2 Exhibit B – Excerpt of Spreadsheet Re SPLCSS III Dorchester and Insurety, # 3 Exhibit C – UCC Financing Statement – 2021.05.10 04.50pm – Dorchester Receivables II, # 4 Exhibit D – UCC Financing Statement – 2021.05.10 04.54pm – Suttonpark Capital LLC, # 5 Exhibit E – UCC Financing Statement – 2021.05.10 04.58pm – Suttonpark Capital LLC, # 6 Exhibit F – UCC Financing Statement – 2021.05.10 05.03pm – Insurety Capital LLC, # 7 Exhibit G – UCC Financing Statement – 2021.05.10 05.07pm – Insurety Capital LLC, # 8 Exhibit H – UCC Financing Statement – 2021.05.10 05.11pm – Signal SML 4 LLC, # 9 Exhibit I – UCC Financing Statement – 2021.05.10 05.16pm – Signal Medical Receivables LLC, # 10 Exhibit J – UCC Financing Statement – 2021.05.10 05.19pm – Signal Medical Receivables LLC, # 11 Exhibit K – UCC Financing Statement – 2021.05.10 05.23pm – SPLCSS III LLC, # 12 Exhibit L – UCC Financing Statement – 2021.05.10 05.27pm – Suttonpark Capital LLC, # 13 Exhibit M – UCC Financing Statement – 2021.05.10 05.31pm – Suttonpark Capital LLC, # 14 Exhibit N – UCC Financing Statement – 2021.05.11 03.34pm – Insurety Agency Services LLC).(Watkins, Jonathan) (Entered: 07/31/2024) |

| 07/31/2024 | 154 | DECLARATION of Jonathan Watkins in Support re: 152 Proposed Order to Show Cause Without Emergency Relief,. Document filed by Advantage Capital Holdings LLC, Kenneth King. (Attachments: # 1 Exhibit A – Proposed Modified Preliminary Injunction, # 2 Exhibit B – July 8, 2024 Order Entering Preliminary Injunction).(Watkins, Jonathan) (Entered: 07/31/2024) |
|---|---|---|
| 07/31/2024 | 155 | MEMORANDUM OF LAW in Support re: 152 Proposed Order to Show Cause Without Emergency Relief, (A–CAP's Memorandum of Law in Support of Its Rule 59(E) Motion to Modify The Preliminary Injunction). Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 07/31/2024) |
| 08/01/2024 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document No. 152 Proposed Order to Show Cause Without Emergency Relief, was reviewed and approved as to form. (tp) (Entered: 08/01/2024) |
| 08/01/2024 | | Minute Entry for proceedings held before Judge John G. Koeltl: Conference set for today, 8/1/2024 at 04:00 PM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. (Fletcher, Donnie) (Entered: 08/01/2024) |
| 08/01/2024 | | Revised Minute Entry for proceedings held before Judge John G. Koeltl: Pretrial Conference set for 8/1/2024 at 04:00 PM before Judge John G. Koeltl. Dial–in: 888 363–4749, with access code 8140049. This proceeding will be conducted via phone. (Fletcher, Donnie) (Entered: 08/01/2024) |
| 08/01/2024 | 156 | ORDER: The time to file any response to the proposed order to show cause to modify the preliminary injunction is August 15, 2024. Any reply is due August 26, 2024. SO ORDERED. (Signed by Judge John G. Koeltl on 8/1/2024) (mml) (Entered: 08/02/2024) |
| 08/01/2024 | | Minute Entry for proceedings held before Judge John G. Koeltl: Pretrial Conference held on 8/1/2024. (Fletcher, Donnie) (Entered: 08/06/2024) |
| 08/06/2024 | 157 | NOTICE OF APPEARANCE by Ryan Joseph Solfaro on behalf of 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC..(Solfaro, Ryan) (Entered: 08/06/2024) |
| 08/07/2024 | 158 | LETTER MOTION for Leave to File Excess Pages addressed to Judge John G. Koeltl from David Pellegrino dated 08/07/2024. Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC..(Pellegrino, David) (Entered: 08/07/2024) |
| 08/08/2024 | 159 | ORDER granting 158 Letter Motion for Leave to File Excess Pages. The Court doubts the need for the additional but will grant the request. SO ORDERED. (Signed by Judge John G. Koeltl on 8/8/2024) (jca) (Entered: 08/08/2024) |
| 08/09/2024 | 160 | MOTION to Dismiss . Document filed by Steven Pasko..(Harwood, Christopher) (Entered: 08/09/2024) |
| 08/09/2024 | 161 | DECLARATION of Steven Pasko in Support re: 160 MOTION to Dismiss .. Document filed by Steven Pasko. (Attachments: # 1 Exhibit 1– Loan and Security Agreement).(Harwood, Christopher) (Entered: 08/09/2024) |
| 08/09/2024 | 162 | MEMORANDUM OF LAW in Support re: 160 MOTION to Dismiss . . Document filed by Steven Pasko..(Harwood, Christopher) (Entered: 08/09/2024) |
| 08/09/2024 | 163 | MOTION to Dismiss . Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC. Responses due by 9/27/2024.(McCarthy, John) (Entered: 08/09/2024) |
| 08/09/2024 | 164 | DECLARATION of Christopher J. O'Reilly in Support re: 163 MOTION to Dismiss .. Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, |

| | | |
|---|---|---|
| | | Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC. (Attachments: # 1 Exhibit 1, Subscription Agreement, # 2 Exhibit 2, First Amendment to the Third Amended and Restated Limited Liability Company Agreement, # 3 Exhibit 3, First Amendment to the Fourth Amended and Restated Limited Liability Company Agreement).(McCarthy, John) (Entered: 08/09/2024) |
| 08/09/2024 | 165 | MEMORANDUM OF LAW in Support re: 163 MOTION to Dismiss . . Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC..(McCarthy, John) (Entered: 08/09/2024) |
| 08/09/2024 | 166 | MOTION to Dismiss *the Complaint*. Document filed by Josh Wander..(Estes, Jordan) (Entered: 08/09/2024) |
| 08/09/2024 | 167 | MEMORANDUM OF LAW in Support re: 166 MOTION to Dismiss *the Complaint*. . Document filed by Josh Wander..(Estes, Jordan) (Entered: 08/09/2024) |
| 08/09/2024 | 168 | MOTION to Dismiss . Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 08/09/2024) |
| 08/09/2024 | 169 | MEMORANDUM OF LAW in Support re: 168 MOTION to Dismiss . . Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 08/09/2024) |
| 08/12/2024 | 170 | TRANSCRIPT of Proceedings re: CONFERNECE held on 8/1/2024 before Judge John G. Koeltl. Court Reporter/Transcriber: Amy Walker, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/3/2024. Redacted Transcript Deadline set for 9/12/2024. Release of Transcript Restriction set for 11/12/2024..(McGuirk, Kelly) (Entered: 08/12/2024) |
| 08/12/2024 | 171 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 8/1/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 08/12/2024) |
| 08/15/2024 | 172 | OPPOSITION BRIEF re: 152 Proposed Order to Show Cause Without Emergency Relief, . Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 08/15/2024) |
| 08/15/2024 | 173 | DECLARATION of Craig Gillespie in Opposition re: 152 Proposed Order to Show Cause Without Emergency Relief,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC. (Attachments: # 1 Exhibit 1).(Nathanson, Leigh) (Entered: 08/15/2024) |
| 08/19/2024 | 174 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 08/19/2024) |
| 08/20/2024 | 175 | JOINT RULE 26(f) REPORT AND SCHEDULING ORDER: Pleadings and Parties: Except for good cause shown, no additional parties may be joined or cause of action asserted by Plaintiffs after October 31, 2024. As further set forth by this Order. SO ORDERED. Amended Pleadings due by 10/31/2024. Joinder of Parties due by 10/31/2024. (Signed by Judge John G. Koeltl on 8/20/2024) (tg) (Entered: 08/20/2024) |
| 08/26/2024 | 176 | REPLY MEMORANDUM OF LAW in Support re: 152 Proposed Order to Show Cause Without Emergency Relief, *A–CAP's Reply Memorandum of Law In Further Support of Its Rule 59(E) Motion to Modify the Preliminary Injunction*. Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 08/26/2024) |

| | | |
|---|---|---|
| 08/26/2024 | 177 | LETTER MOTION to Seal *Exhibits* addressed to Judge John G. Koeltl from Jonathan M. Watkins dated August 26, 2024. Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 08/26/2024) |
| 08/26/2024 | 178 | ***SELECTED PARTIES***DECLARATION of Jonathan M. Watkins in Support re: 176 Reply Memorandum of Law in Support,. Document filed by Advantage Capital Holdings LLC, Kenneth King, 600 Partners LLC, 777 Partners LLC, ACM Delegate LLC, Dorchester Receivables II LLC, Haymarket Insurance Company, ING Capital LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC, National Founders LP, Steven Pasko, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, Josh Wander. (Attachments: # 1 Exhibit A – Loan and Security Agreement, # 2 Exhibit B – Dorchester Receivables II LLC Pledge Agreement, # 3 Exhibit C – Insurety Agency Services LLC Pledge Agreement, # 4 Exhibit D – Signal SML 4 LLC Pledge Agreement, # 5 Exhibit E – SPLCSS III LLC Pledge Agreement)Motion or Order to File Under Seal: 177 .(Watkins, Jonathan) (Entered: 08/26/2024) |
| 08/27/2024 | 179 | ORDER granting 177 Letter Motion to Seal. Application granted. SO ORDERED. (Signed by Judge John G. Koeltl on 8/27/2024) (ks) (Entered: 08/27/2024) |
| 08/28/2024 | 180 | LETTER MOTION for Extension of Time to File Response/Reply *to Defendant's Motion to Seal* addressed to Judge John G. Koeltl from Leigh M. Nathanson dated August 28, 2024. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 08/28/2024) |
| 08/29/2024 | 181 | ORDER granting 180 Letter Motion for Extension of Time to File Response/Reply. Application granted. SO ORDERED. (Signed by Judge John G. Koeltl on 8/26/2024) Replies due by 9/6/2024. (ks) (Entered: 08/29/2024) |
| 08/30/2024 | 182 | AMENDED COMPLAINT amending 1 Complaint,, against 600 Partners LLC, 777 Partners LLC, Advantage Capital Holdings LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Kenneth King, Steven Pasko, Signal Medical Receivables LLC, Signal SML 4 LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, Josh Wander with JURY DEMAND.Document filed by Leadenhall Life Insurance Linked Investments Fund PLC, Leadenhall Capital Partners LLP. Related document: 1 Complaint,,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16).(Nathanson, Leigh) (Entered: 08/30/2024) |
| 09/03/2024 | 183 | ORDER: The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed proposed order to show cause to modify the preliminary injunction (ECF No. 155). SO ORDERED. (ks) (Entered: 09/03/2024) |
| 09/06/2024 | 184 | LETTER MOTION to Seal addressed to Judge John G. Koeltl from Leigh M. Nathanson dated September 6, 2024. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC. (Attachments: # 1 Exhibit 1 – REDACTED – Loan and Security Agreement, # 2 Exhibit 2 – Dorchester Receivables II LLC Pledge Agreement, # 3 Exhibit 3 – Insurety Agency Services LLC Pledge Agreement, # 4 Exhibit 4 – Signal SML 4 LLC Pledge Agreement, # 5 Exhibit 5 – SPLCSS III LLC Pledge Agreement).(Nathanson, Leigh) (Entered: 09/06/2024) |
| 09/06/2024 | 185 | ***SELECTED PARTIES*** LETTER addressed to Judge John G. Koeltl from Leigh M. Nathanson dated September 6, 2024 re: Motion to Seal. Document filed by Dorchester Receivables II LLC, 600 Partners LLC, Leadenhall Life Insurance Linked Investments Fund PLC, National Founders LP, Leadenhall Capital Partners LLP, Haymarket Insurance Company, Advantage Capital Holdings LLC, Signal Medical Receivables LLC, 777 Partners LLC, Josh Wander, ACM Delegate LLC, ING Capital LLC, Signal SML 4 LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, Insurety Capital LLP, Splcss III LLC, Steven Pasko, Insurety Agency Services LLC, Kenneth King. (Attachments: # 1 Exhibit 1 – Loan and Security Agreement)Motion or Order to File Under Seal: 184 .(Nathanson, Leigh) (Entered: 09/06/2024) |

| 09/06/2024 | 186 | LETTER addressed to Judge John G. Koeltl from Leigh M. Nathanson dated September 6, 2024 re: Corrected Amended Complaint. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC. (Attachments: # 1 Exhibit 1 – Corrected Amended Complaint (Redline)).(Nathanson, Leigh) (Entered: 09/06/2024) |
| --- | --- | --- |
| 09/06/2024 | 187 | CONSENT AMENDED COMPLAINT amending 182 Amended Complaint,,, against 600 Partners LLC, 777 Partners LLC, Advantage Capital Holdings LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Kenneth King, Steven Pasko, Signal Medical Receivables LLC, Signal SML 4 LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, Josh Wander with JURY DEMAND.Document filed by Leadenhall Life Insurance Linked Investments Fund PLC, Leadenhall Capital Partners LLP. Related document: 182 Amended Complaint,,,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16).(Nathanson, Leigh) Modified on 9/9/2024 (vf). Modified on 9/10/2024 (vf). (Entered: 09/06/2024) |
| 09/09/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Leigh Mager Nathanson re: Document No. 187 Amended Complaint. The filing is deficient for the following reason(s): the order granting permission to file the pleading was not attached; Court's leave has not been granted. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (vf) (Entered: 09/09/2024) |
| 09/09/2024 | 188 | EXHIBIT TO PLEADING re: 187 Amended Complaint,,,. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 09/09/2024) |
| 09/09/2024 | 189 | LETTER addressed to Judge John G. Koeltl from Jonathan M. Watkins dated September 9, 2024 re: Request to So–Order Proposed Briefing Schedule for Anticipated Motions to Dismiss Plaintiffs' Amended Complaint. Document filed by Advantage Capital Holdings LLC, Kenneth King. (Attachments: # 1 Proposed Order Regarding Schedule for Motions to Dismiss).(Watkins, Jonathan) (Entered: 09/09/2024) |
| 09/09/2024 | 190 | MEMO ENDORSEMENT on re: 186 Letter Corrected Amended Complaint, filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC. ENDORSEMENT: APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 9/9/24) (yv) (Entered: 09/10/2024) |
| 09/09/2024 | 192 | ORDER granting 184 Letter Motion to Seal. APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 9/9/2024) (ks) (Entered: 09/10/2024) |
| 09/10/2024 | 191 | MEMO ENDORSEMENT on re: 185 Letter Motion to Seal filed by 777 Partners LLC, 600 Partners LLC, ACM Delegate LLC, Signal SML 4 LLC, Advantage Capital Holdings LLC, Leadenhall Life Insurance Linked Investments Fund PLC, Steven Pasko, Insurety Capital LLP, Josh Wander, Kenneth King, Leadenhall Capital Partners LLP, SuttonPark Servicing LLC, Signal Medical Receivables LLC, Haymarket Insurance Company, Splcss III LLC, Insurety Agency Services LLC, SuttonPark Capital LLC, Dorchester Receivables II LLC, ING Capital LLC, National Founders LP. ENDORSEMENT: APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 9/10/24) (yv) (Entered: 09/10/2024) |
| 09/10/2024 | 193 | ORDER REGARDING SCHEDULE FOR MOTIONS TO DISMISS: all parties hereby agree and stipulate that the following proposed deadlines shall apply to any motions to dismiss the Amended Complaint: 1. The deadline for Defendants to file motions to dismiss or answer the Complaint is October 10, 2024. 2. The deadline for Plaintiffs to file any opposition brief to Defendants' motions to dismiss is November 21, 2024. 3. The deadline for any reply brief in support of motions to dismiss the Amended Complaint is December 12, 2024. 4. The word limits for memoranda of law filed in connection with motions to dismiss by Defendants Advantage Capital Holdings LLC and Kenneth King, collectively, and by the 777 Entity Defendants, collectively, are extended as follows: 10,000 words or fewer for initial and opposition briefs, and 4,000 words or fewer for reply briefs. SO ORDERED (Signed by Judge John G. Koeltl on 9/10/2024) ( Motions due by 10/10/2024., Responses due by |

| | | |
|---|---|---|
| | | 11/21/2024, Replies due by 12/12/2024.) (ks) (Entered: 09/10/2024) |
| 09/27/2024 | 194 | ORDER: The parties are directed to appear for oral argument on October 2, 2024, at 3:00 p.m., in Courtroom 14A, 500 Pearl Street, New York, New York 10007. SO ORDERED. (Signed by Judge John G. Koeltl on 9/27/2024) ( Oral Argument set for 10/2/2024 at 03:00 PM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl.) (ks) (Entered: 09/27/2024) |
| 10/01/2024 | 195 | NOTICE OF APPEARANCE by Michael Sheehan Taintor on behalf of Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Taintor, Michael) (Entered: 10/01/2024) |
| 10/01/2024 | 196 | LETTER addressed to Judge John G. Koeltl from Leigh M. Nathanson dated 10/01/24 re: Recent Developments in Advance of October 2, 2024 Hearing. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 10/01/2024) |
| 10/01/2024 | 197 | LETTER addressed to Judge John G. Koeltl from John G, McCarthy dated October 1, 2024 re: Lawsuit in SD Florida. Document filed by 600 Partners LLC, 777 Partners LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC. (Attachments: # 1 Exhibit Florida Complaint).(McCarthy, John) (Entered: 10/01/2024) |
| 10/02/2024 | 198 | RESPONSE re: 196 Letter, . Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 10/02/2024) |
| 10/02/2024 | | Minute Entry for proceedings held before Judge John G. Koeltl: Oral Argument held on 10/2/2024 re: 152 Proposed Order to Show Cause Without Emergency Relief, Filed by Advantage Capital Holdings LLC, Kenneth King, 168 MOTION to Dismiss . Filed by Advantage Capital Holdings LLC, Kenneth King. (Fletcher, Donnie) (Entered: 10/02/2024) |
| 10/02/2024 | 199 | ORDER: For the reasons stated on the record today, Defendant Advantage Capital Holdings LLC's motion to modify the preliminary injunction pursuant to Rule 59(e) is denied. The Clerk is respectfully directed to close ECF No. 152. SO ORDERED. (Signed by Judge John G. Koeltl on 10/2/2024) (mml) (Entered: 10/03/2024) |
| 10/03/2024 | 200 | NOTICE OF INTERLOCUTORY APPEAL from 199 Order, 146 Preliminary Injunction,,,,,,,,. Document filed by Advantage Capital Holdings LLC, Kenneth King. Filing fee $ 605.00, receipt number ANYSDC–29988542. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Watkins, Jonathan) (Entered: 10/03/2024) |
| 10/04/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 200 Notice of Interlocutory Appeal.(km) (Entered: 10/04/2024) |
| 10/04/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 200 Notice of Interlocutory Appeal, filed by Advantage Capital Holdings LLC, Kenneth King were transmitted to the U.S. Court of Appeals.(km) (Entered: 10/04/2024) |
| 10/08/2024 | 201 | TRANSCRIPT of Proceedings re: conference held on 10/2/2024 before Judge John G. Koeltl. Court Reporter/Transcriber: Martha Martin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025..(Moya, Goretti) (Entered: 10/08/2024) |
| 10/08/2024 | 202 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 10/2/24 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 10/08/2024) |

| 10/10/2024 | 203 | MOTION to Dismiss . Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC. Responses due by 11/21/2024.(McCarthy, John) (Entered: 10/10/2024) |
|---|---|---|
| 10/10/2024 | 204 | DECLARATION of Christopher J. O'Reilly in Support re: 203 MOTION to Dismiss .. Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC. (Attachments: # 1 Exhibit 1, September 20, 2021, Subscription Agreement and Limited Power of Attorney to Purchase Preferred Membership Unit Interests, # 2 Exhibit 2, September 20, 2021, First Amendment to the Third Amended and Restated Limited Liability Company Agreement of 600 Partners LLC, # 3 Exhibit 3, the September 20,2021, First Amendment to the Fourth Amended and Restated Limited Liability Company Agreement of 777 Partners LLC).(McCarthy, John) (Entered: 10/10/2024) |
| 10/10/2024 | 205 | MEMORANDUM OF LAW in Support re: 203 MOTION to Dismiss . . Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC..(McCarthy, John) (Entered: 10/10/2024) |
| 10/10/2024 | 206 | MOTION to Stay . Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC..(McCarthy, John) (Entered: 10/10/2024) |
| 10/10/2024 | 207 | DECLARATION of John G. McCarthy in Support re: 206 MOTION to Stay .. Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC. (Attachments: # 1 Exhibit 1, Plaintiffs' First Requests for Production of Documents).(McCarthy, John) (Entered: 10/10/2024) |
| 10/10/2024 | 208 | MEMORANDUM OF LAW in Support re: 206 MOTION to Stay . . Document filed by 600 Partners LLC, 777 Partners LLC, Dorchester Receivables II LLC, Insurety Agency Services LLC, Insurety Capital LLP, Insurety Servicing LLC, Signal Medical Receivables LLC, Signal SML 4 LLC, Signal Servicing LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC..(McCarthy, John) (Entered: 10/10/2024) |
| 10/10/2024 | 209 | MOTION to Dismiss *the Amended Complaint*. Document filed by Josh Wander..(Estes, Jordan) (Entered: 10/10/2024) |
| 10/10/2024 | 210 | MEMORANDUM OF LAW in Support re: 209 MOTION to Dismiss *the Amended Complaint*. . Document filed by Josh Wander..(Estes, Jordan) (Entered: 10/10/2024) |
| 10/10/2024 | 211 | MOTION to Dismiss *Plaintiffs' Amended Complaint (Dkt. 187)*. Document filed by Steven Pasko..(Harwood, Christopher) (Entered: 10/10/2024) |
| 10/10/2024 | 212 | MEMORANDUM OF LAW in Support re: 211 MOTION to Dismiss *Plaintiffs' Amended Complaint (Dkt. 187)*. . Document filed by Steven Pasko..(Harwood, Christopher) (Entered: 10/10/2024) |
| 10/10/2024 | 213 | DECLARATION of Steven Pasko in Support re: 211 MOTION to Dismiss *Plaintiffs' Amended Complaint (Dkt. 187)*.. Document filed by Steven Pasko. (Attachments: # 1 Exhibit 1– 777–Leadenhall LSA, # 2 Exhibit 2– June 2023 Memo).(Harwood, Christopher) (Entered: 10/10/2024) |
| 10/10/2024 | 214 | MOTION to Dismiss *the Amended Complaint*. Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 10/10/2024) |

| | | |
|---|---|---|
| 10/10/2024 | 215 | MEMORANDUM OF LAW in Support re: 214 MOTION to Dismiss *the Amended Complaint. A–CAP and King's Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint*. Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 10/10/2024) |
| 10/17/2024 | 216 | LETTER MOTION to Stay *Discovery* addressed to Judge John G. Koeltl from Christopher Harwood dated October 17, 2024. Document filed by Steven Pasko..(Harwood, Christopher) (Entered: 10/17/2024) |
| 10/17/2024 | 217 | LETTER MOTION to Stay *Discovery* addressed to Judge John G. Koeltl from Jordan Estes dated October 17, 2024. Document filed by Josh Wander..(Estes, Jordan) (Entered: 10/17/2024) |
| 10/18/2024 | 218 | LETTER MOTION to Seal addressed to Judge John G. Koeltl from Jonathan M. Watkins dated October 18, 2024. Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 10/18/2024) |
| 10/18/2024 | 219 | ***SELECTED PARTIES*** LETTER addressed to Judge John G. Koeltl from Jonathan M. Watkins dated October 18, 2024 re: Guidance on a contemplated transaction. Document filed by Dorchester Receivables II LLC, 600 Partners LLC, Leadenhall Life Insurance Linked Investments Fund PLC, National Founders LP, Leadenhall Capital Partners LLP, Haymarket Insurance Company, Advantage Capital Holdings LLC, Signal Medical Receivables LLC, 777 Partners LLC, Josh Wander, ACM Delegate LLC, ING Capital LLC, Signal SML 4 LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, Insurety Capital LLP, Splcss III LLC, Steven Pasko, Insurety Agency Services LLC, Kenneth King. (Attachments: # 1 Exhibit E, # 2 Exhibit F, # 3 Exhibit G, # 4 Exhibit H)Motion or Order to File Under Seal: 218 .(Watkins, Jonathan) (Entered: 10/18/2024) |
| 10/18/2024 | 220 | ***SELECTED PARTIES***DECLARATION of Michael Saliba . Document filed by Advantage Capital Holdings LLC, Kenneth King, 600 Partners LLC, 777 Partners LLC, ACM Delegate LLC, Dorchester Receivables II LLC, Haymarket Insurance Company, ING Capital LLC, Insurety Agency Services LLC, Insurety Capital LLP, Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC, National Founders LP, Steven Pasko, Signal Medical Receivables LLC, Signal SML 4 LLC, Splcss III LLC, SuttonPark Capital LLC, SuttonPark Servicing LLC, Josh Wander. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Errata C, # 4 Exhibit D)Motion or Order to File Under Seal: 218 .(Watkins, Jonathan) (Entered: 10/18/2024) |
| 10/18/2024 | | Minute Entry for proceedings held before Judge John G. Koeltl: Pretrial Conference set for 10/23/2024 at 03:30 PM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. (Fletcher, Donnie) (Entered: 10/18/2024) |
| 10/18/2024 | 222 | ORDER granting 218 Letter Motion to Seal. APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 10/18/2024) (sgz) (Entered: 10/21/2024) |
| 10/18/2024 | 223 | ORDER with respect to 216 Letter Motion to Stay ; with respect to 217 Letter Motion to Stay. The parties are directed to appear in connection with the motions to stay discovery by Defendants Josh Wander and Steve Pasko, on Thursday, October 24, 2024, at 3:00 p.m., in Courtroom 14A, 500 Pearl Street, New York, New York 10007. (Signed by Judge John G. Koeltl on 10/18/2024) (sgz) (Entered: 10/21/2024) |
| 10/18/2024 | | Set/Reset Hearings: Status Conference set for 10/24/2024 at 03:00 PM in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. (sgz) (Entered: 10/21/2024) |
| 10/21/2024 | 221 | **FILING ERROR – WRONG EVENT TYPE SELECTED (SEE 225 Letter Motion)** –LETTER RESPONSE to Motion addressed to Judge John G. Koeltl from Leigh M. Nathanson dated October 21, 2024 re: 206 MOTION to Stay . . Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) Modified on 10/22/2024 (db). As per ECF–ERROR Email Correspondence received on 10/22/2024 @ 10:22am. (Entered: 10/21/2024) |
| 10/21/2024 | 224 | LETTER MOTION to Stay *Discovery,* addressed to Judge John G. Koeltl from Jonathan M. Watkins dated October 21, 2024. Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 10/21/2024) |

| | | |
|---|---|---|
| 10/22/2024 | 225 | LETTER MOTION for Extension of Time to File Response/Reply *to Motions to Stay Discovery* addressed to Judge John G. Koeltl from Leigh M. Nathanson dated October 21, 2024. Document filed by Leadenhall Capital Partners LLP, Leadenhall Life Insurance Linked Investments Fund PLC..(Nathanson, Leigh) (Entered: 10/22/2024) |
| 10/22/2024 | 226 | NOTICE OF INTERLOCUTORY APPEAL from 146 Preliminary Injunction,,,,,,. Document filed by Insurety Agency Services LLC, Dorchester Receivables II LLC, 777 Partners LLC, 600 Partners LLC, Splcss III LLC, Signal SML 4 LLC. Filing fee $ 605.00, receipt number ANYSDC–30079060. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(McCarthy, John) (Entered: 10/22/2024) |
| 10/22/2024 | 227 | ***SELECTED PARTIES*** LETTER addressed to Judge John G. Koeltl from Leigh M. Nathanson dated October 22, 2024 re: Plaintiffs Letter Concerning A–CAPs Oct. 18 2024 Letter. Document filed by Insurety Agency Services LLC, Dorchester Receivables II LLC, SuttonPark Capital LLC, Signal Medical Receivables LLC, Insurety Capital LLP, SuttonPark Servicing LLC, Advantage Capital Holdings LLC, Leadenhall Capital Partners LLP, National Founders LP, Leadenhall Life Insurance Linked Investments Fund PLC, ING Capital LLC, Josh Wander, Haymarket Insurance Company, ACM Delegate LLC, Steven Pasko, Kenneth King, 777 Partners LLC, 600 Partners LLC, Splcss III LLC, Signal SML 4 LLC.Motion or Order to File Under Seal: 222 .(Nathanson, Leigh) (Entered: 10/22/2024) |
| 10/23/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 226 Notice of Interlocutory Appeal.(km) (Entered: 10/23/2024) |
| 10/23/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 226 Notice of Interlocutory Appeal, filed by 777 Partners LLC, 600 Partners LLC, Signal SML 4 LLC, Dorchester Receivables II LLC, Splcss III LLC, Insurety Agency Services LLC were transmitted to the U.S. Court of Appeals.(km) (Entered: 10/23/2024) |
| 10/23/2024 | 228 | NOTICE OF APPEARANCE by Jason Robert Alderson on behalf of ING Capital LLC..(Alderson, Jason) (Entered: 10/23/2024) |
| 10/23/2024 | 229 | LETTER MOTION to Seal *Courtroom* addressed to Judge John G. Koeltl from Jonathan M. Watkins dated October 23, 2024. Document filed by Advantage Capital Holdings LLC, Kenneth King..(Watkins, Jonathan) (Entered: 10/23/2024) |